AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Sep 16, 2025

SEAN F. McAVOY, CLERK

NICHOLAS R., )
    *Plaintiff* )
  v. )  Civil Action No. 1:25-cv-3063-EFS
)
FRANK BISIGNANO, )
Commissioner of Social Security,
    *Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Plaintiff's brief, ECF No. 6, is terminated.
The parties' Stipulated Motion to Remand, ECF No. 10, is granted.
This matter is reversed and remanded to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).
Pursuant to the Order filed at ECF No. 11, Judgment is entered in favor of Plaintiff.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Edward F. Shea .

Date: 9/16/2025

*CLERK OF COURT*

SEAN F. McAVOY

s/ Ruby Mendoza
    *(By) Deputy Clerk*

Ruby Mendoza